

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

June 25, 2008

BY FACSIMILE
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re:  **United States v. Giuseppe Emanuele**
     08 Cr. ~~1071 (PKC)~~
              518 (SHS)

Dear Judge Stein:

Per the Court's referral, the above-referenced defendant, following his arrest yesterday, was presented, arraigned, and bailed in Magistrate Court and time was excluded for Speedy Trial Act purposes through this Friday, June 27, for a further conference. The parties, however, have now begun active discussions concerning a potential disposition of the matter. Accordingly, the Government respectfully requests, with the defendant's consent, that the conference be adjourned to July 25, 2008, at 9:30 a.m., a time identified by Your Honor's deputy as available for a conference or possible plea hearing. The Government further requests that the time until ~~the adjourned~~ 7/25/08 conference be excluded for Speedy Trial Act purposes, with the consent of the defendant, to permit the parties time to consider a disposition of this matter and in the interest of justice. *The ends of justice outweigh the interests of the public and of Mr. Emanuele in a speedy trial.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Harry A. Chernoff
Assistant U.S. Attorney
(212) 637-2481

SO ORDERED 6/26/08
_____
SIDNEY H. STEIN
U.S.D.J.

cc:  Richard Rosenberg, Esq.