

Richard H. Rosenberg
Attorney at Law
217 Broadway
Suite 707
New York, New York 10007
Tel.: 212-586-3838
Fax.: 212-962-5037

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 7/9/08          │
└─────────────────────────────┘
```

July 8, 2008

Hon. Sidney H. Stein
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York   10007

**MEMO ENDORSED**

### Re: United States v. Giuseppe Emanuele
### 08 Cr. 00518 (SHS)

Dear Judge Stein:

    I represent Giuseppe Emanuele, the above-referenced defendant. On June 24, 2008 Mr. Emanuele was arraigned on this indictment before Magistrate Judge Henry B. Pitman. Mr. Emanuele was released on a $100,000 PRB co-signed by two financially responsible persons and his travel was limited to the Southern and Eastern Districts of New York. Mr. Emanuele is scheduled to appear for a status conference before Your Honor on July 25, 2008.

    I am writing to request authorization for Mr. Emanuele to attend a concert being held at Foxwoods Resort and Casino in Connecticut on the evening of July 16, 2008. He would leave New York City late afternoon of that day and would return to New York after midnight following the show. Accordingly a travel window from 5 PM July 16 to 2 AM July 17, 2008 is requested. I have spoken to both AUSA Harry Chernoff and the defendant's pre-trial officer, Dina Naftaliz regarding this request and am authorized to report that neither has an objection..

    If the travel plans are acceptable to the court, I respectfully request that this letter be "so ordered". Thank you for your consideration.

Very sincerely,

Richard H. Rosenberg

cc.: Harry Chernoff, AUSA
     Dina Naftaliz, U.S. Pre-Trial Services

SO ORDERED 7/9/08

SIDNEY H. STEIN
U.S.D.J.